| | |
|---|---|
| MICHAEL N. FEUER, SBN 111529<br>City Attorney<br>JAMES P. CLARK, SBN 64780<br>Chief Deputy City Attorney<br>LEELA A. KAPUR, SBN 125548<br>Executive Assistant City Attorney<br>VALERIE L. FLORES, SBN 138572<br>Managing Senior Assistant City Attorney<br>MICHAEL DUNDAS, SBN 226930<br>Deputy City Attorney<br>200 North Main Street, City Hall East<br>Suite 800<br>Los Angeles, California 90012<br>james.p.clark@lacity.org<br>Telephone: (213) 978-8344<br>Facsimile: (213) 978-8312 | MITCHELL A. KAMIN, SBN 202788<br>MÓNICA RAMÍREZ ALMADANI, SBN 234893<br>NEEMA T. SAHNI, SBN 274240<br>Covington & Burling LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, California 90067-4643<br>mkamin@cov.com<br>Telephone: (424) 332-4800<br>Facsimile: (424) 332-4749<br><br>DAVID M. ZIONTS, *pro hac vice* application forthcoming<br>IVANO M. VENTRESCA, *pro hac vice* application forthcoming<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street NW<br>Washington, DC 20001<br>dzionts@cov.com<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-5987 |

*Attorneys for Plaintiff City of Los Angeles*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States; ALAN HANSON, in his official capacity as Acting Assistant Attorney General of the Office of Justice Programs; RUSSELL WASHINGTON, in his official capacity as Acting Director of | Case No.:<br><br>**CITY OF LOS ANGELES' NOTICE OF APPLICATION AND APPLICATION FOR PRELIMINARY INJUNCTION** |

the Office of Community Oriented Policing Services; UNITED STATES DEPARTMENT OF JUSTICE.

    Defendants.

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 30 or earlier, or as soon thereafter as may be heard, in the above-entitled Court, before a judicial officer thereof, Plaintiff City of Los Angeles ("Los Angeles" or "City") shall and hereby does apply to the Court for an order for a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1, against Defendants Jefferson B. Sessions, III, in his official capacity as Attorney General of the United States; Russell Washington, in his official capacity as Acting Director of the Office of Community Oriented Policing Services; and the United Stated Department of Justice ("DOJ"), and their officers, agents, servants, and employees (collectively "Defendants").  Plaintiff requests that the Court enjoin Defendants, in making grant award determinations under the Community Oriented Policing Services ("COPS") program, from providing "additional consideration" or any other preferential treatment to applicants that choose "Illegal Immigration" as a focus area of the grant, or applicants that certify compliance with the Notice and Access Requirements announced by the Department of Justice on September 7, 2017.

The COPS program helps local communities put more officers on the street in order to advance community policing efforts.  Congress enumerated twenty-two statutory purposes for which COPS funds may be used, and three grounds on which COPS applicants may be given preferential treatment.  Neither the statute's purposes nor its grounds for preferential consideration have anything to do with civil immigration enforcement.  Defendants have nonetheless announced two immigration-related grounds on which applicants will be provided "additional consideration"—essentially bonus points that will be used to advantage some applicants at the expense of others.

First, applicants will receive additional consideration if they agree to use grant funds to "focus" on "Illegal Immigration."  Second, applicants will receive additional consideration if they agree to specified forms of partnership in federal civil immigration enforcement.  Cities like Los Angeles that are unwilling or unable to participate in federal

civil immigration enforcement will be required to compete for community policing funds on an uneven playing field.

Plaintiff is likely to succeed on the merits of its challenge to the imposition of immigration-related additional considerations in awarding COPS grants. Defendants actions are *ultra vires* and in violation of the Separation of Powers under the Constitution; in violation of the Spending Clause and the Tenth Amendment; and arbitrary and capricious agency action in violation of the Administrative Procedure Act. Absent an injunction, Plaintiff will be irreparably harmed because it will suffer a disadvantage in the competition for grant funds as a result of its unwillingness to engage in the demanded forms of partnership in federal civil immigration enforcement. The balance of equities tips decisively in Plaintiff's favor, and the public interest favors an injunction.

Defendants previously announced that COPS award determinations would be made soon after September 30, 2017. Counsel for Defendants has represented that COPS Hiring Program award determinations will not be made before October 30, 2017. Accordingly, in order to prevent irreparable harm, Plaintiff respectfully requests that a preliminary injunction be entered in advance of October 30, 2017. Plaintiff therefore intends to file a separate motion seeking an expedited hearing and briefing schedule.

This motion is based on this Notice of Application and Application, the accompanying supporting Memorandum of Points and Authorities, the supporting declarations of Steven Hong (Deputy City Attorney of the Los Angeles' City Attorney's Office), Stella Larracas (Officer in Charge of the Los Angeles Police Department's Grants Section), and Michael Hyams (Commanding Officer of the Los Angeles Police Department's Risk Management and Legal Affairs Group), all other papers and pleadings on file in this action, and on such other written or oral evidence as may be presented at or before the hearing on this Application.

Dated: September 29, 2017

MITCHELL A. KAMIN
MÓNICA RAMÍREZ ALMADANI
NEEMA T. SAHNI
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643

DAVID M. ZIONTS, *pro hac vice* application forthcoming
IVANO M. VENTRESCA, *pro hac vice* application forthcoming
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

Respectfully Submitted,

By: /s/ Mike Feuer

MICHAEL N. FEUER
City Attorney

JAMES P. CLARK
Chief Deputy City Attorney
LEELA A. KAPUR
Executive Assistant City Attorney
VALERIE L. FLORES
Managing Senior Assistant City Attorney
MICHAEL DUNDAS
Deputy City Attorney
200 North Main Street, City Hall East Room 700
Los Angeles, California 90012
Telephone: (213) 978-8344
Facsimile: (213) 978-8312

*Attorneys for Plaintiff*
*City of Los Angeles*