JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CITY OF LOS ANGELES,

    Plaintiff,

    v.

JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States; ALAN R. HANSON, in his official capacity as Acting Assistant Attorney General of the Office of Justice Programs; RUSSELL WASHINGTON, in his official capacity as Acting Director of the Office of Community Oriented Policing Services; UNITED STATES DEPARTMENT OF JUSTICE.

    Defendants.

Case No. 2:17-cv-07215-R-JCx

**ORDER REGARDING FURTHER PROCEEDINGS ON COUNTS ONE, TWO, AND THREE OF PLAINTIFF'S COMPLAINT**

The Court has reviewed and considered the Joint Stipulation and Proposal Regarding Further Proceedings on Counts One, Two, and Three of Plaintiff's Complaint submitted by Plaintiff City of Los Angeles and Defendants Jefferson B. Sessions, III, Alan R. Hanson, Russell Washington, and the Unites States Department of Justice in the above-captioned action.

Accordingly, upon good cause shown, IT IS HEREBY ORDERED, as follows:

Because the Byrne JAG conditions challenged by Plaintiff remain enjoined nationwide, and in the interests of efficiency and judicial economy, Counts One, Two, and Three of Plaintiff's Complaint remain stayed until the occurrence of either of the following events:

a) The *City of Chicago v. Sessions* nationwide injunction is dissolved, in which case the parties will proceed with further proceedings on Counts One, Two, and Three; or

b) The *City of Chicago v. Sessions* action results in a nationwide permanent injunction of the challenged Byrne JAG conditions, after all opportunities for appeal and certiorari have been exhausted, in which case Plaintiff will dismiss Counts One, Two, and Three of its Complaint.

Within seven (7) days of one of the events listed above, the parties shall file a joint status report .

IT IS SO ORDERED.

Dated: May 2, 2018

_____

MANUEL L. REAL
United States District Judge