| | |
|---|---|
| MICHAEL N. FEUER, SBN 111529<br>City Attorney<br>JAMES P. CLARK, SBN 64780<br>Chief Deputy City Attorney<br>LEELA A. KAPUR, SBN 125548<br>Executive Assistant City Attorney<br>VALERIE L. FLORES, SBN 138572<br>Managing Senior Assistant City Attorney<br>MICHAEL DUNDAS, SBN 226930<br>Deputy City Attorney<br>200 North Main Street, City Hall East<br>Suite 800<br>Los Angeles, California 90012<br>james.p.clark@lacity.org<br>Telephone: (213) 978-8344<br>Facsimile: (213) 978-8312 | MITCHELL A. KAMIN, SBN 202788<br>MÓNICA RAMÍREZ ALMADANI, SBN 234893<br>NEEMA T. SAHNI, SBN 274240<br>Covington & Burling LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, California 90067-4643<br>mkamin@cov.com<br>Telephone:  (424) 332-4800<br>Facsimile:  (424) 332-4749<br><br>DAVID M. ZIONTS, *pro hac vice*<br>IVANO M. VENTRESCA, *pro hac vice*<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street NW<br>Washington, DC 20001<br>dzionts@cov.com<br>Telephone: (202) 662-6000<br>Facsimile:  (202) 662-5987 |

*Attorneys for Plaintiff City of Los Angeles*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States; ALAN HANSON, in his official capacity as Acting Assistant Attorney General of the Office of Justice Programs; RUSSELL WASHINGTON, in his official capacity as Acting Director of the Office of Community Oriented Policing | Case No.: 2:17-cv-07215-R-JCx<br><br>**CITY OF LOS ANGELES' NOTICE OF APPLICATION AND APPLICATION FOR PRELIMINARY INJUNCTION**<br><br>[*Filed concurrently with Memorandum of Points and Authorities in support thereof; Declarations in support thereof; Request for Judicial Notice; Proposed Order*] |

| | |
|---|---|
| Services; UNITED STATES DEPARTMENT OF JUSTICE.<br><br>        Defendants. | Judge: The Honorable Manuel L. Real<br>Date: Not set<br>Time: Not set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 4 or earlier, or as soon thereafter as may be heard, in the above-entitled Court, before a judicial officer thereof, Plaintiff City of Los Angeles ("Los Angeles" or "City") shall and hereby does apply to the Court for an order for a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1, against Defendants Jefferson B. Sessions, III, in his official capacity as Attorney General of the United States; Alan Hanson, in his official capacity as Acting Assistant Attorney General of the Office of Justice Programs; and the United Stated Department of Justice ("DOJ"), and their officers, agents, servants, and employees (collectively "Defendants"). Plaintiff requests that the Court enjoin Defendants from conditioning Los Angeles' Fiscal Year ("FY") 2017 Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG") application and award on the Notice and Access Conditions (announced by DOJ on July 25, 2017, and subsequently modified by DOJ) and from withholding Los Angeles' FY 2017 Byrne JAG award based on those Conditions.

The Byrne JAG program funds local criminal justice programs pursuant to a formula grant. Nothing in the statute authorizes the Attorney General to impose civil immigration conditions on the grant. Defendants have nonetheless announced two civil immigration-related conditions with which applicants must certify compliance in order to receive Byrne JAG awards: (1) giving advance notice to federal immigration officials, when requested, before releasing individuals from custody ("Notice Condition") and (2) affording federal immigration officials access to local jails for federal civil immigration purposes ("Access Condition").

Plaintiff is likely to succeed on the merits of its challenge to the imposition of the Notice and Access Conditions in awarding Byrne JAG grants, as three courts have already held. Defendants' actions are *ultra vires* and in violation of the Separation of Powers under the Constitution; in violation of the Spending Clause and the Tenth Amendment; and arbitrary and capricious agency action in violation of the

Administrative Procedure Act. Absent an injunction, Plaintiff will be irreparably harmed because Defendants put the City to an impossible choice: either it must certify compliance with an unconstitutional and unlawful directive that impinges on the City's sovereignty, damages community trust, and harms public safety, or it will lose its congressionally authorized Byrne JAG funding. The balance of equities tips decisively in Plaintiff's favor, and the public interest also favors an injunction.

Defendants have already awarded Byrne JAG funds to over 800 jurisdictions but have not awarded funds to Los Angeles. In order to prevent irreparable harm, Plaintiff respectfully requests that a preliminary injunction be entered.

This Application is based on this Notice of Application and Application, the accompanying supporting Memorandum of Points and Authorities, the supporting declarations of Arif Alikhan (Director of the Los Angeles Police Department's Office of Constitutional Policing and Policy), and Jeff Gorell (Deputy Mayor for Public Safety for the City of Los Angeles), all other papers and pleadings on file in this action, and on such other written or oral evidence as may be presented at or before the hearing on this Application.

Dated: July 18, 2018

MITCHELL A. KAMIN
MÓNICA RAMÍREZ ALMADANI
NEEMA T. SAHNI
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643

DAVID M. ZIONTS, *pro hac vice*
IVANO M. VENTRESCA, *pro hac vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

Respectfully Submitted,

By: /s/ Michael Feuer
MICHAEL N. FEUER
City Attorney

JAMES P. CLARK
Chief Deputy City Attorney
LEELA A. KAPUR
Executive Assistant City Attorney
VALERIE L. FLORES
Managing Senior Assistant City Attorney
MICHAEL DUNDAS
Deputy City Attorney
200 North Main Street, City Hall East Room 700
Los Angeles, California 90012
Telephone: (213) 978-8344
Facsimile: (213) 978-8312

*Attorneys for Plaintiff City of Los Angeles*