MICHAEL N. FEUER, SBN 111529
City Attorney
JAMES P. CLARK, SBN 64780
Chief Deputy City Attorney
LEELA A. KAPUR, SBN 125548
Executive Assistant City Attorney
VALERIE L. FLORES, SBN 138572
Managing Senior Assistant City Attorney
MICHAEL DUNDAS, SBN 226930
Deputy City Attorney
200 North Main Street, City Hall East
Suite 800
Los Angeles, California 90012
mike.dundas@lacity.org
Telephone: (213) 978-8130
Facsimile: (213) 978-8312

MITCHELL A. KAMIN, SBN 202788
NEEMA T. SAHNI, SBN 274240
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
mkamin@cov.com
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

DAVID M. ZIONTS, *pro hac vice*
IVANO M. VENTRESCA, *pro hac vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
dzionts@cov.com
Telephone: (202) 662-6000
Facsimile: (202) 662-5987

*Attorneys for Plaintiff City of Los Angeles*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CITY OF LOS ANGELES,

Plaintiff,

v.

WILLIAM P. BARR, Attorney General of the United States, *et al.*,

Defendants.

Case No.: 2:17-cv-07215-R-JC

**JOINT STATUS REPORT**

**Judge:** The Honorable Manuel L. Real

**JOINT STATUS REPORT**

Pursuant to this Court's June 14, 2019 Order (ECF No. 104), the parties hereby make the following joint status report:

On April 11, 2018, this Court issued a final order granting summary judgment and a permanent injunction to the City of Los Angeles ("City") on its claims with respect to the Fiscal Year ("FY") 2017 Community Oriented Policing ("COPS") Hiring Program grant (Counts Four, Five, and Six). *See* ECF No. 75. The Department of Justice ("DOJ") appealed this order (No. 18-55599), and oral argument was held on August 30, 2018. The appeal remains pending.

On September 13, 2018, this Court granted the City a preliminary injunction with respect to its FY 2017 Edward Byrne Memorial Justice Assistant Grant ("Byrne JAG") program claims (Counts One, Two, and Three). *See* ECF No. 93. DOJ appealed this order (No. 18-56292), and oral argument was held on April 10, 2019. The appeal remains pending.

With respect to the COPS claims, this Court's order resolves those claims, pending decision by the Ninth Circuit on appeal. With respect to the FY 2017 Byrne JAG claims, the parties have conferred and agreed that the Ninth Circuit's decision on the appeal of this Court's preliminary injunction will likely control or inform this Court's resolution of those claims on the merits. Therefore, it is the parties' joint position that there should be no further proceedings in the district court with respect to the FY 2017 Byrne JAG grant program claims until the Ninth Circuit issues a decision in appeal No. 18-56292.

///

///

///

///

///

///

Dated: June 21, 2019

Respectfully submitted,

MICHAEL N. FEUER, SBN 111529
City Attorney

*/s/ Mitchell A. Kamin*

JAMES P. CLARK, SBN 64780
Chief Deputy City Attorney
LEELA A. KAPUR, SBN 125548
Executive Assistant City Attorney
VALERIE L. FLORES, SBN 138572
Managing Senior Assistant City Attorney
MICHAEL DUNDAS, SBN 226930
Deputy City Attorney
200 North Main Street, City Hall East
Suite 800
Los Angeles, California 90012
Telephone: (213) 978-8344
Facsimile: (213) 978-8312
Email: james.p.clark@lacity.org

MITCHELL A. KAMIN,
SBN 202788
NEEMA T. SAHNI, SBN 274240
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
E-mail: mkamin@cov.com

DAVID M. ZIONTS, *pro hac vice*
IVANO M. VENTRESCA, *pro hac vice*
Covington & Burling LLP

JOSEPH H. HUNT
Assistant Attorney General

NICOLA T. HANNA
United States Attorney

JOHN R. TYLER
Assistant Director

*/s/ Daniel D. Mauler*

DANIEL D. MAULER
(Va. Bar #73190)
Trial Attorney

Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8470
E-mail: dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS

One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-5987
Email: dzionts@cov.com

COUNSEL FOR PLAINTIFF

ATTESTATION OF SIGNATURES

I, Mitchell A. Kamin, hereby attest, pursuant to Local Civil Rule 5-4.3.4(a)(2) of the Central District of California, that all signatories identified on this document concur in the document's content and have authorized its filing.

*/s/ Mitchell A. Kamin*
MITCHELL A. KAMIN
COVINGTON & BURLING LLP
COUNSEL FOR PLAINTIFF