FILED

AUG 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General; ALAN R. HANSON, in his official capacity as Acting Assistant Attorney General of the Office of Justice Programs; RUSSELL WASHINGTON, in his official capacity as Acting Director of the Office of Community Oriented Policing Services; UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendants-Appellants. | No. 18-55599<br><br>D.C. No. 2:17-cv-07215-R-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: WARDLAW, BYBEE, and IKUTA, Circuit Judges.

Appellants' motion to expedite issuance of the mandate or to stay injunction pending issuance of the mandate (Dkt. 47) is DENIED.