JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
BRIGHAN J. BOWEN
Assistant Branch Director
DANIEL D. MAULER (Va. Bar No.: 73190)
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone:   (202) 616-0773
Facsimile:   (202) 616-8470
E-mail:       dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>             Plaintiff,<br>   v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al*.,<br><br>             Defendants. | Case No.  2:17-cv-7215-R-JC<br><br>**DEFENDANTS' EX PARTE APPLICATION TO DISSOLVE COPS INJUNCTION** |

**UNNOPPOSED EX PARTE APPLICATION
TO DISSOVLE COPS INJUNCTION**

In this application, the Defendants seek ministerial relief of an order that formally dissolves an injunction based upon a decision by this Court that was reversed

by the U.S. Court of Appeals for the Ninth Circuit. Defendants have conferred with opposing counsel who have advised that the Plaintiff does not oppose this application.

The Defendants respectfully request that the Court enter an order formally dissolving the injunction previously issued on April 11, 2018 (ECF No. 75). This injunction prevents the Government from issuing certain competitive federal grants under the Public Safety Partnership and Community Policing Act for community-oriented policing (the "COPS Program") containing certain immigration cooperation conditions. The injunction was based upon a decision rendered by this Court on the same day, holding that the immigration conditions were unenforceable. *See* Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendants' Motion for Partial Summary Judgment, Apr. 11, 2018 (ECF No. 75).

The Court's decision, however, was reversed on appeal on July 12, 2019 by the the Ninth Circuit. *See City of Los Angeles v. Barr*, 929 F.3d 1163 (9th Cir. 2019). *See also* ECF No. 106, *City of Los Angeles v. Barr*, 2:17-cv-07215-R-JC (C.D. Ca. Dec. 18, 2019) (docketing of Ninth Circuit's opinion in the District Court). Thereafter, the Plaintiff petitioned for rehearing and rehearing *en banc* of the appellate decision, but Plaintiff's petition was denied by the Ninth Circuit on December 17, 2019. *See* Order Denying Petition, *City of Los Angeles v. Barr*, Case 18-55599, Dkt. Entry 58 (9th Cir. Dec. 17, 2019). The Ninth Circuit thereafter issued its mandate, which was recorded in the District Court on December 18, 2019. *See* ECF No. 111, *City of Los Angeles v. Barr*, 2:17-cv-07215-R-JC (C.D. Ca. Dec. 18, 2019) (noting that the Ninth Circuit's judgment of July 12, 2019 takes effect).

While the Ninth Circuit's decision reverses the legal basis for the COPS injunction, it does not clearly vacate the injunction itself. Thus, out of an abundance of caution and respect for this Court, Defendants request that the Court formally dissolve the COPS injunction via a written order.

The Government seeks expedited review of this application. While the injunction is in place, grant solicitations under the COPS Program approved by the

Ninth Circuit cannot issue. The Government continues to wish to issue the grants as soon as possible, as it is entitled to do under the Ninth Circuit's opinion, to provide additional funds for police officers in localities throughout the country. To do so, the Government seeks to issue the COPS grant solicitations by December 26, 2019, and before the end of the calendar year.

Prior to filing this application, the undersigned counsel contacted Plaintiff's counsel on December 19 and 20, 2019, advising of the intent to seek this relief and asking for the Plaintiff's position. In a response on December 20, opposing counsel advised that Plaintiff does not oppose the relief requested in this application. Contact information for Plaintiff's counsel is as follows:

Jessica R. Hanson
Mitchell Aaron Kamin
Neema Trivedi Sahni
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
424 332 4812 | jhanson@cov.com
424-332-4759 | MKamin@cov.com
424-332-4800 | Nsahni@cov.Com

David Meir Zionts
Ivano M Ventresca
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
202-662-5987 | DZionts@cov.com
202-662-6000 | IVentresca@cov.com

James Patrick Clark
Michael N. Feuer
Michael J Dundas
Valerie L. Flores
Los Angeles City Attorney's Office
200 North Main Street Suite 800
Los Angeles, CA  90012

213-978-8347 | James.P.Clark@lacity.Org
213-978-1846 | Mike.Feuer@lacity.Org
213-978-8100 | Mike.Dundas@lacity.Org
213-978-8130 | Valerie.Flores@lacity.Org

## CONCLUSION

The Defendants respectfully request that, since the decision providing the basis for the COPS injunction has been reversed by the Ninth Circuit, the injunction be formally dissolved by this Court.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

NICOLA T. HANNA
United States Attorney

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Daniel D. Mauler

DANIEL D. MAULER
(Va. Bar No.: 73190)
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 202-616-0773
Facsimile: (202) 616-8470
E-mail: dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS