JOSEPH H. HUNT
Assistant Attorney General
NICOLA T. HANNA
United States Attorney
BRIGHAN J. BOWEN
Assistant Branch Director
DANIEL D. MAULER (Va. Bar No.: 73190)
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone:   (202) 616-0773
Facsimile:    (202) 616-8470
E-mail:       dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>            Plaintiff,<br>    v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>            Defendants. | Case No. 2:17-cv-7215-R-JC<br><br>**Order** |

Pending before the Court is the Defendants' unopposed application to dissolve the injunction related to the competitive federal grant program under the Public Safety Partnership and Community Policing Act for community-oriented policing (the

1

1 | "COPS Program"), entered by this Court on April 11, 2018 (ECF No. 75). It appears
2 | to the Court that the U.S. Court of Appeals for the Ninth Circuit has reversed the
3 | decision that provided the basis for the injunction (*see* ECF No. 106) and subsequently
4 | issued the mandate putting that opinion into effect (*see* ECF No. 111). As such, it is
5 | HEREBY ORDERED that this Court's injunction issued on April 11, 2018 (ECF No.
6 | 75) is dissolved and vacated, effective immediately.

8 | So ORDERED.

10 | ENTERED this __23rd__ day of December, 2019.

*/s/ Gary Klausner*
The Hon. Gary Klausner
U.S. District Court for the
Central District of California