FILED

NOV 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General, in his official capacity as Attorney General of the United States; et al.,<br><br>        Defendants-Appellants. | No.   19-55314<br><br>D.C. No. 2:18-cv-07347-R-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| CITY OF LOS ANGELES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General; et al.,<br><br>        Defendants-Appellants. | No.   20-55545<br><br>D.C. No.<br>2:17-cv-07215-JLS-JC<br>Central District of California,<br>Los Angeles |

In an order filed August 4, 2020, these appeals were administratively closed. The appeals are reopened.

On or before December 20, 2021, counsel for appellants shall provide a status report by email to all counsel and the Circuit Mediator (Stephen_Liacouras@ca9.uscourts.gov). Counsel are requested to include the

Ninth Circuit case name and number in the subject line. The status report should not be filed with the court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator
