| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 25 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CITY OF LOS ANGELES,

        Plaintiff-Appellee,

v.

MERRICK B. GARLAND, Attorney General; et al.,

        Defendants-Appellants.

No. 20-55545

D.C. No. 2:17-cv-07215-JLS-JC
Central District of California, Los Angeles

ORDER

Appellants' motion to dismiss this appeal (Docket Entry No. 13) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator